## 27782, 27783. NEILL *v.* THE STATE.

BROYLES, C. J. These two cases are controlled by the decision of this court in the companion case of *Neill* v. *State,* ante.

*Judgments affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED SEPTEMBER 19, 1939.

## 27795. JONES *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of robbery; and his motion for new trial, *embracing the general grounds only,* was overruled. His conviction was amply authorized by the evidence, the corpus delicti being proved, and two witnesses for the prosecution positively identifying him as the person who committed the robbery. The refusal to grant a new trial was not error for any reason assigned.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED SEPTEMBER 19, 1939.

*James R. Venable, B. J. Dantone,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, Quincy O. Arnold,* contra.